**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Teresa Ann Reynolds Douglas, and Jamil Antoine Douglas, Respondents,

v.

Keaira Morris, Lavonne Pledger, and Justin Hill, Defendants,

Of whom Keaira Morris is the Appellant.

In the interests of minor children under the age of eighteen.

Appellate Case No. 2023-001701

———

Appeal From Lexington County
Mindy W. Zimmerman, Family Court Judge

———

Unpublished Opinion No. 2024-UP-120
Submitted April 11, 2024 – Filed April 12, 2024

———

**AFFIRMED**

———

Lyn Howell Hensel, of Law Office of Lyn Howell Hensel, of Columbia, for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group LLC, of Spartanburg, for Respondents Jamil Antoine Douglas and Teresa Ann Reynolds Douglas.

Becky M. Farmer, of South Carolina Department of Social Services, of Columbia, for Respondent South Carolina Department of Social Services.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Keaira Morris appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Morris's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.